Duanphen Sangthong
10236 West Denton Lane
Glendale, Arizona 85307
Telephone: (480) 329-3955
Facsimile: (623) 271-9391
RSp1898250@aol.com

Plaintiff

FILED _____ LODGED
RECEIVED _____ COPY

DEC 19 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Duanphen Sangthong, | ) No.  CV-11-2503-PHX-JAT |
| Plaintiffs, | ) |
| vs. | ) **COMPLAINT** |
| Thai Orchid Garden, LLC, | ) (Jury Trial Demanded) |
| Defendant. | ) |

Plaintiff Duanphen Sangthong ("Sangthong"), brings this action and alleges as follows:

1.      Sangthong is an adult female who at all relevant times was a resident of Arizona.

2.      Defendant Thai Orchid Garden, LLC, ("Thai Orchid") is an Arizona limited liability company.

3.      The events giving rise to these causes of action occurred in Arizona.

4.      This Court has jurisdiction over the parties and the claims alleged herein because the action arises under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA").

5.      Venue is proper in this Court because Thai Orchid is located in this district, Thai Orchid conducts business in this district, and the acts and omissions described herein took place within this district.

6.      From approximately January 2010 until approximately September 2011, Thai Orchid employed Sangthong as a cook.

7.    Throught Sangthong's employment, Thai Orchid required Sangthong to work in excess of forty (40) hours per week.

8.    However, from January 2010 until the end of March 2010, Thai Orchid only paid Sangthong $65 per day; and from April 2010 until September 2011, Thai Orchid only paid Sangthong $70 per day.

9.    The hourly rates Thai Orchid paid Sangthong from January 2010 until September 2011 were less than the applicable minimum wage rate at all relevant times.

10.    Further, Thai Orchid also failed to pay Sangthong her applicable overtime rate of pay for all hours she worked in excess of 40 hours in a seven-day workweek.

11.    During Sangthong's employment, Thai Orchid knew that its conduct was prohibited by the FLSA or showed reckless disregard for the matter of whether their conduct was prohibited by the FLSA.

12.    In or about September 2011, Sangthong resigned her employment from Thai Orchid.

13.    Sangthong has repeatedly demanded payment of the compensation owed to her, but Thai Orchid has refused to pay her.

**Count One**
**(Failure to Pay Overtime in Violation of the FLSA)**

14.    Sangthong incorporates by reference all previous allegations as though set forth fully herein.

15.    At all relevant times, Thai Orchid was a covered employer under the FLSA.

16.    At all relevant times, Sangthong was a covered non-exempt employee under the FLSA.

17.    Thai Orchid failed to pay Sangthong overtime compensation for all work weeks in which she worked in excess of forty (40) hours in violation of the FLSA.

18.    Thai Orchid's conduct described above was willful.

19.     Sangthong is entitled to recover her unpaid overtime compensation and an equal amount as liquidated damages.

## Count Two
### (Failure to Pay Minimum Wage in Violation of the FLSA)

20.     Sangthong incorporates by reference all previous allegations as though set forth fully herein.

21.     At all relevant times, Thai Orchid was a covered employer under the FLSA.

22.     At all relevant times, Sangthong was a covered non-exempt employee under the FLSA.

23.     Thai Orchid failed to pay Sangthong compensation equal to the applicable minimum wage at all relevant times.

24.     Thai Orchid's conduct described above was willful.

25.     Sangthong is entitled to recover her unpaid overtime compensation and an equal amount as liquidated damages.

WHEREFORE, Plaintiff Duanphen Sangthong prays for judgment against Defendant Thai Orchid and requests the following relief:

A.     For an award of all unpaid minimum wage and all unpaid overtime;

B.     For an award of liquidated damages on all compensation due;

C.     For an award of prejudgment and post-judgment interest;

D.     For an award of Plaintiffs' costs of suit incurred herein; and,

E.     For an award of such other relief as the Court may deem just and proper.

DATED this 19 day of December, 2011.

ROBAINA & KRESIN PLLC

By DUANPHEN  SANGTHONG
Duanphen Sangthong
Plaintiff

-3-