Duanphen Sangthong
10236 W Denton Lane
Glendale, Arizona 85307
Telephone: (480)329-3955

```
___✓___ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

         MAR 02 2012

    CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ Z DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT COURT OF ARIZONA

| | |
|---|---|
| **Duanphen Sangthong**<br>  Plaintiff,<br>vs.<br>**Thai Orchid Garden, LLC**<br>  Defendant | Case No.: CV-11-2503-PHX-JAT<br><br>Notice pf voluntary dismissal<br>Pursuant to F.R.C.P. 41(a)(1)(A)(I) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, the plaintiff, Duanphen Sangthong, hereby gives notice that the above captioned action has been settled between the plaintiff and defendant and is voluntarily dismissed, without prejudice against the defendant. Scheduling meeting on March 5, 2012 cancelled.

Date: March 2, 2012

*Duanphen Sangthong*
*Plaintiff signature*

10236 W. Denton LN
*Address*

Glendale, AZ 85307
*City, State, Zip*

480-329-3955
*Phone*